

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JEFFREY DUANE MERRITT (#13018-078)  DOCKET NO. 15-CV-1196; SEC. P

VERSUS                                JUDGE TRIMBLE

WARDEN                                MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 be denied and dismissed, with prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 3rd day of August, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE